**WO**             IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                    )
                                             )
                    Plaintiff,               )      CR-08-620-02-PHX-NVW
                                             )
            v.                               )
                                             )      ORDER OF DETENTION
Rene Leon,                                   )
                    Defendant.               )
_____)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has not been held.  The defendant submitted the matter to the Court.

The Court having been informed by the government that the defendant is here on a writ and will be returned to the custody of the Maricopa County Sheriff's Office to await sentencing in a state matter,

The Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending trial.

The Court also concludes, that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules  32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

IT IS FURTHER ORDER that defense counsel is given leave to reopen the issue of detention should new information become available.

DATED this 2nd day of July, 2008.


Edward C. Voss
United States Magistrate Judge